# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### CIVIL ACTION NO. _____

| | |
|---|---|
| **DONNA WORMSER,** | |
| **Plaintiff,** | |
| **v.** | **NOTICE OF REMOVAL** |
| **STATE FARM FIRE AND CASUALTY COMPANY,** | |
| **Defendant.** | |

**NOW COMES** the Defendant State Farm Fire and Casualty Company (hereinafter "State Farm"), by and through its undersigned attorneys of record and pursuant to the provisions of 28 U.S.C. §§ 1332, 1441, and 1446, and hereby provides its Notice of Removal to this Court from the General Court of Justice, Superior Court of Transylvania County, North Carolina based on diversity of citizenship and amount in controversy.  In support of such removal, State Farm respectfully states the following:

1. On April 17, 2026, Plaintiff commenced a proceeding against State Farm by filing of a Civil Summons and Complaint, styled *Donna Wormser v. State Farm Fire and Casualty Company*, Case No. 26 CVS 00180-870, which proceeding is currently pending.  A copy of the documents Plaintiff served on State Farm are attached hereto as Exhibit 1.

2. Plaintiff delivered the complaint setting forth the plaintiff's claims upon which this action is based by mail through the North Carolina Department of Insurance ("NCDOI") as a statutory agent for service of process for State Farm under N.C. Gen. Stat. § 58-16-5(10) and N.C. Gen. Stat. § 58-16-30.  The NCDOI accepted service of the summons and complaint on behalf of State Farm on April 29, 2026, and mailed the summons and complaint to State Farm on May 5, 2026.  (*See* Exhibit 2, NCDOI Transmission of Service).  State Farm subsequently

received the summons and complaint by USPS certified mail on May 21, 2026.[1]  (*See* Exhibit 3, USPS Delivery Confirmation).

3.    This case is a civil action within the meaning of the Acts of Congress relating to the removal of causes.  State Farm has not filed any pleadings or papers in this action in State Court and the time during which State Farm is required by state law or rules of court to remove this action has not expired.  No other process, pleading or order has been served on State Farm.

4.    This civil action arises out of claims by Plaintiff for breach of contract, unfair and deceptive trade practices, and breach of the covenant of good faith and fair dealing.  The Complaint seeks compensatory damages, treble damages, attorney's fees, interest, and costs.

5.    This action is removable because there is diversity of citizenship and the requisite amount in controversy as required by 28 U.S.C. §1332.  Exhibit A to the Complaint indicates Plaintiff's mailing address is Palm Coast, Florida and therefore, upon information and belief, she is a citizen or resident of Florida.  (Ex. 1 pp. 24, 26).  In the alternative, if Plaintiff resides at the address included on Plaintiff's civil summons in Lake Toxaway, North Carolina, then, upon information and belief, she is a citizen and resident of North Carolina.  (Ex. 1 p. 1).  State Farm is a foreign corporation organized and existing under the laws of the State of Illinois, and has its principal place of business in Bloomington, Illinois.  Accordingly, regardless of whether Plaintiff is a citizen and resident of Florida or North Carolina, complete diversity exists between these parties in this case.

6.    The United States District Court also has subject matter jurisdiction over this action pursuant to 28 U.S.C. §1332, because there is a diversity of citizenship among the

---

[1] *See Elliott v. Am. States Ins. Co.*, 883 F.3d 384, 391–94 (4th Cir. 2018) (service on a statutory agent does not trigger the 30-day period by which a defendant must file a notice of removal, as it does not guarantee that the defendant receives actual notice).

necessary and properly named parties and, upon information and belief, the amount in controversy, exclusive of interest and costs, exceeds $75,000.00. (Ex. 1, Compl. ¶¶ 1, 25, 55, 62, 65, 102; Ex. 1 at Wherefore clauses on pp. 18, 21). This action is therefore removable to this Court pursuant to 28 U.S.C. §1441(b).

7. This Notice of Removal is timely filed pursuant to 28 U.S.C. §1446(b) and Rule 81 of the Federal Rules of Civil Procedure because it is filed within thirty (30) days after State Farm received of a copy of the initial pleading setting forth the claim for relief upon which this action or proceeding is based. *See Elliott*, 883 F.3d at 391–94; (Ex. 1 p. 72; Ex. 2; Ex. 3 (demonstrating State Farm's receipt of the summons and complaint on May 21, 2026)).

8. By filing this Notice of Removal, State Farm does not waive any of its objections to personal jurisdiction, service, or other affirmative defenses.

9. Pursuant to 28 U.S.C. §1446(d), State Farm will file a Notice of Filing this Notice of Removal, with a copy of this Notice of Removal, with the State Court and thereby will notify the Clerk of the General Court of Justice, Superior Court Division, Transylvania County, North Carolina of the removal.

10. A copy of the Notice of Filing of Notice of Removal to be filed in the General Court of Justice, Superior Court Division, is attached hereto as Exhibit 4. State Farm has served a copy of the Notice of Removal on Plaintiffs in accordance with 28 U.S.C. §1446(d).

WHEREFORE, this action is hereby removed to this Court from the General Court of Justice, Superior Court Division, Transylvania County, North Carolina.

3

This the 15th day of June, 2026.

> /s/ SCOTT LEWIS
> **NC State Bar No. 22167**
> **SHELLEY W. COLEMAN**
> **NC State Bar No. 22783**
> **DIANE PAPPAYLIOU**
> **NC State Bar No. 50921**
> **Attorneys for Defendant**
> **BUTLER SNOW, LLP**
> **6752 Rock Spring Road, Suite 310**
> **Wilmington, NC 28405**
> **PH:  (910) 550-1320**
> **Email:  Scott.Lewis@butlersnow.com**
> **Shelley.Coleman@butlersnow.com**
> **Diane.Pappayliou@butlersnow.com**

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2026, I electronically filed the foregoing with the Clerk

of Court using the CM/ECF system and I hereby certify I have attached the document to

electronic mail to the following:

> Anthony Angelone
> aangelone@merlinlawgroup.com
> *Counsel for Plaintiff*

Respectfully submitted,

> /s/ SCOTT LEWIS
> **NC State Bar No. 22167**
> **SHELLEY W. COLEMAN**
> **NC State Bar No. 22783**
> **DIANE PAPPAYLIOU**
> **NC State Bar No. 50921**
> **Attorneys for Defendant**
> **BUTLER SNOW, LLP**
> **6752 Rock Spring Road, Suite 310**
> **Wilmington, NC 28405**
> **PH:  (910) 550-1320**
> **Email:  Scott.Lewis@butlersnow.com**
> **Shelley.Coleman@butlersnow.com**
> **Diane.Pappayliou@butlersnow.com**

101228833.v1

4